## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Jonathan Lee, individually and on behalf of all others similarly situated,<br>　　Plaintiff,<br><br>　　v.<br><br>GC Services Limited Partnership, a Delaware limited partnership, and ORG GC GP Buyer, LLC, a Delaware limited liability company,<br>　　Defendant. | )<br>)<br>)<br>)<br>) No. 4:18-cv-1355-CDP<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed by the parties, and good cause appearing therefore, it is hereby ordered that Plaintiff's individual claims are dismissed with prejudice and the claims of the putative class members are dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: 1/30, 2019

ENTERED:

*[signature]*

Judge, United States District Court

Form of Order Agreed Upon By:

| One of Plaintiff's Attorneys | One of Defendants' Attorneys |
|---|---|
| /s/ David J. Philipps<br>David J. Philipps (Ill. Bar No. 06196285)<br>Philipps & Philipps, Ltd.<br>9760 S. Roberts Road<br>Suite One<br>Palos Hills, Illinois 60457 | /s/ Philip V. Sumner w/permission<br>Philip V. Sumner (Bar No. 60589MO)<br>Foland, Wickens, Roper, Hofer & Crawford<br>1200 Main Street<br>Suite 2200<br>Kansas City, Missouri 64105 |